UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x

CRISTIAN SANCHEZ, Individually, and On         :
Behalf of All Others Similarly Situated,              :
                                                                         :   Case No.: 1:22-cv-07533
                                           Plaintiff,               :
                                                                         :
         vs.                                                           :
                                                                         :
                                                                         :   **NOTICE OF VOLUNTARY DISMISSAL**
                                                                         :
A.G.I.SUPREME LLC.,                                      :
                                                                         :
                                           Defendant.           :
                                                                         :
                                                                         :
--------------------------------------------------------- x

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Cristian Sanchez hereby gives notice

that the above-captioned action is voluntarily dismissed, without prejudice, against defendant

A.G.I.Supreme LLC..

DATED:  October 27, 2022            **MIZRAHI KROUB LLP**


                                                        /s/ Edward Y. Kroub
                                                        EDWARD Y. KROUB


                                                        EDWARD Y. KROUB
                                                        200 Vesey Street, 24th Floor
                                                        New York, NY  10281
                                                        Telephone:  212/595-6200
                                                        212/595-9700 (fax)
                                                        ekroub@mizrahikroub.com


                                                        *Attorneys for Plaintiff*